No. 12–232.  SOLANA BEACH SCHOOL DISTRICT ET AL. v. K. D., A MINOR, BY HER MOTHER AND NEXT FRIEND K. D., ET AL.

C. A. 9th Cir. Certiorari denied.